# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **ROBERT KNIGHT, JR,**<br><br>    *Plaintiff,*<br><br>**v.**<br><br>**COASTAL STATE PRISON,** *et al.,*<br><br>    *Defendants.* | **CIVIL ACTION NO.**<br>**5:23-cv-00494-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 6] regarding Defendants' Collective Motion to Dismiss [Doc. 5]. Defendants did not file an objection within the 14-day period prescribed by 28 U.S.C. § 636(b)(1)(C), so the Court reviews the Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Finding no error, the Court **ADOPTS** the Recommendation [Doc. 6] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, the Court **DENIES** Defendants' Collective Motion to Dismiss [Doc. 5]. Because the Court has not yet screened Plaintiff's action under 28 U.S.C. § 1915A(a), Plaintiff's failure to serve Defendants is not a proper basis to dismiss Plaintiff's Complaint at this time.

**SO ORDERED**, this 16th day of April, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**