IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ROBERT KNIGHT, JR.,** | : | |
| Plaintiff, | : | Case No.: 5:23-cv-00494-TES-CHW |
| V. | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| **Officer RENE MARTINEZ,** | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |

### ORDER

Plaintiff Robert Knight, *pro se*, filed this suit pursuant to 42 U.S.C. § 1983, regarding his December 15, 2021 arrest by Defendant Martinez, an officer with the City of Omega Police Department. (Doc. 1). Following screening of Plaintiff's amended complaint (Doc. 7), an excessive force claim against Defendant Martinez was allowed to proceed for factual development. (Docs. 10, 16). Both parties have filed dispositive motions. (Docs. 26, 31).

Plaintiff was granted an extension of time to respond to Defendant's motion for summary judgment. (Doc. 34). Plaintiff notified the Court that he did not receive that order in a timely manner and expressed concerns that he has not been allowed to view video evidence of the arrest and that the prison has lost the copy he received. The Court construes this letter as a second request for an extension of time to respond to Defendant's motion for summary judgment and for assistance regarding the video evidence in this case.

Defendant's counsel is **DIRECTED** to provide another copy of the video footage for review by Plaintiff and to verify with prison officials that Plaintiff has been able to view the video by May 15, 2025. Plaintiff's response to Defendant's motion for summary judgment will then be due by June 5, 2025.

**SO ORDERED**, this 1st day of May, 2025.

                                                s/ Charles H. Weigle
                                                Charles H. Weigle
                                                United States Magistrate Judge